## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDDIE L. ANDREWS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 06-CV-460-TCK-PJC |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## WESTFIELD INSURANCE COMPANY'S APPLICATION FOR ATTORNEY'S FEES

This case was filed September 9, 2006. On December 6, 2007, the Tenth Circuit Court of Appeals determined that "Andrews abused the appellate process by filing numerous frivolous appeals," affirmed this Court's decision to dismiss Plaintiffs' claims, and awarded defendants Westfield Insurance Company ("Westfield"), CNA Surety, and First National Bank their reasonable attorney's fees and costs in connection with defending the appeal. The Tenth Circuit remanded the case to this Court to determine the amount to be awarded. The mandate was issued on December 28, 2007.

In light of the foregoing, Westfield hereby submits an application for its reasonable fees and costs expended in connection with the aforementioned appeal. Attached hereto is the affidavit of Westfield's counsel, Charles B. Goodwin. Mr. Goodwin's affidavit sets forth in detail the hours expended by counsel for Westfield in this matter, the rates charged, and other associated costs. As attested in the affidavit, these fees and costs are reasonable under the circumstances.

Respectfully submitted,


s/Charles B. Goodwin
Charles B. Goodwin, OBA #17637
CROWE & DUNLEVY, P.C.
20 North Broadway Avenue, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
charles.goodwin@crowedunlevy.com

ATTORNEYS FOR DEFENDANT WESTFIELD
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based upon records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Linda Kathryn Soper, Esq.
Office of the Attorney General (OKC -313)
313 NE 21st Street
Oklahoma City, OK 73105
Linda_Soper@oag.state.ok.us

Evan Blake Gatewood, Esq.
Hayes Magrini & Gatewood
P. O. Box 60140
Oklahoma City, OK 73146.0140
egatewood@hmglawyers.com

Attorney for Defendant, W. A. Drew Edmondson

Attorney for Defendant, CNA Surety

O. Clifton Gooding, Esq.
Goodwin Law Firm
204 N. Robinson Avenue, Suite 1200
Oklahoma City, OK 73102
cgooding@goodingfirm.com

Attorney for defendant First National Bank

I hereby certify that on January 17, 2008, I served the attached document by U.S. Mail, postage prepaid thereon, on the following, who are not registered participants of the ECF System:

Frank M. Strigari, Esq.
Office of the Attorney General (Columbus)
30 E Broad Street, 17th Floor
Columbus, OH 43215-3428

Eddie L Andrews
P.O. Box 1132
Catoosa, OK 74015

Attorney for Defendants, State of Ohio, Jim Petro,
Betty Montgomery, and Bob Taft

Rodney Class
P.O. Box 435
High Shoals, NC 28077

Angela S Andrews
P.O. Box 1132
Catoosa, OK 74015

Richard Andrews
P.O. Box 1132
Catoosa, OK 74015

Dwight L Class
1200 Hospital Dr., Apt 13
Angleton, TX 77515

Maria Janet Moffit
P.O. Box 4036
Bremerton, WA 98132

Carl Weston
2851 N. Hwy 66 #18
Catoosa, OK 74015

Sherwood T Rodrigues
1610 Shenandoah Ct.
Petaluma, CA 94954

Vincent Ralph Caligiuri
P.O. Box 767
Gold Hill, OR 97525

Delant Cory Palmerton
c/o 13901 N. Applegate Road
Grants Pass, OR 97527

s/Charles B. Goodwin, Esq.
Charles B. Goodwin

1748115.01.GRAYSONT